```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0125--CV (JWS)
                     "IN RE: AYU NAVIGATION"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 06/03/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions
                   PETITION TO LIMIT LIABILITY
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 06/03/05 receipt # 00125860
         Trial by:
```

Parties of Record:                                    Counsel of Record:

PLF 1.1           IN RE: COMPLAINT OF AYU NAVIGATION    Herbert H. Ray Jr
                  SDN BHD                               Keesal Young & Logan
                                                       1029 W. 3rd Avenue, Suite 650
                                                       Anchorage, AK 99501
                                                       907-279-9696
                                                       FAX 907-279-4239

DEF 1.1           ENTERED FOR STATISTICAL REASONS       No counsel found for this party!
                  ONLY

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0125--CV (JWS)
                                 "IN RE: AYU NAVIGATION"

                                    For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 06/03/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions
                   PETITION TO LIMIT LIABILITY
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 06/03/05 receipt # 00125860
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/03/05 | Complaint for exoneration from or limitation of liability w/att aff filed. |
| 2 - 1 | 06/03/05 | PLF 1 motion (request) to hold process in abeyance. |
| 3 - 1 | 06/03/05 | PLF 1 Ad Interim Stipulation for value w/att exh. |
| 4 - 1 | 06/03/05 | PLF 1 Stipulation for costs. |
| 5 - 1 | 06/13/05 | JWS Order granting mot (req) to hold process in abeyance (2-1); further process held in abeyance until 8/15/05. cc: cnsl |
| 3 - 2 | 06/14/05 | JWS Order approving stip re: Ad Interim Stipulation for value (3-1). cc: cnsl |
| 4 - 2 | 06/14/05 | JWS Order approving stip for costs (4-1). cc: cnsl |
| 6 - 1 | 08/12/05 | PLF 1 Status Report. |
| 6 - 2 | 08/12/05 | PLF 1 motion (request) for additional time to hold process in abeyance. |
| 7 - 1 | 08/22/05 | JWS Order granting mot (req) for addtl time to hold process in abeyance (6-2); process held in abeyance until 11/15/05. cc: cnsl |
| 8 - 1 | 08/24/05 | PLF 1 motion (request) for corrected order w/att exhs. |
| 9 - 1 | 08/29/05 | JWS Order granting motion (request) for corrected order to hold process in abeyance until 11/15/05 (8-1). cc: cnsl, USM |
| 10 - 1 | 11/14/05 | PLF 1 Supplemental Status Report. |
| 10 - 2 | 11/14/05 | PLF 1 motion (request) for additional time to hold process in abeyance. |
| 11 - 1 | 11/21/05 | JWS Order granting mot (req) for addtl time to hold process in abeyance (10-2) until 5/15/06; a further continuance in not likely to be granted. cc: cnsl |