## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

IN RE: COMPLAINT OF AYU NAVIGATION SDN BHD

THE HONORABLE JOHN W. SEDWICK          CASE NO.  A05-0125 CV (JWS)

    Deputy Clerk                                 Official Recorder

    Pam Richter

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court has reviewed the status report and request at docket 10. The request to hold process in abeyance until May 15, 2006, is **GRANTED**. Unless closing papers are sooner filed, an updated status report shall be filed on May 15, 2006.

DATE: December 6, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A05-0125--CV (JWS)   12-6-05

H. RAY JR