DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

Attorneys for Ayu Navigation SDN BHD,
Wawasan Bulk Services SDN BHD,
IMC Shipping Co. Pte. Ltd. and the
M/V SELENDANG AYU

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| In the matter of the Complaint of Ayu Navigation SDN BHD, Wawasan Bulk Services, SDN BHD and IMC Shipping Co. Pte. Ltd. for and on behalf of the M/V SELENDANG AYU, Official No. 328266 for exoneration from or limitation of liability,<br><br>Petitioners | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-0125 JWS<br>)<br>)<br>) |

### SUPPLEMENTAL STATUS REPORT AND REQUEST FOR ADDITIONAL TIME TO HOLD PROCESS IN ABEYANCE

Petitioners seek additional time from the Court to hold process in abeyance so that ongoing settlement discussions resolving potential claims against them can continue.

A detailed status report was previously filed with the Court on May 15, 2006 which outlined the facts giving rise to this complaint, and the status of efforts by petitioners to resolve and settle potential claims against them. Since the date of that report, petitioners have continued their efforts to settle potential claims against them, and those efforts are ongoing at this time. Since their last report to the Court, petitioners have amicably settled the claims of the largest

Alaska native landowner within the area impacted by the oil spill. Additionally, response operations to clean up beaches and shoreline within the spill area was completed in late June 2006, and the Unified Command consisting of federal, state and petitioners' representatives in the response signed off on the completion of response activities. Petitioners have agreed to sit down with representatives of the remaining landowners within the spill area to try to resolve their potential claims. Petitioners have retained the services of expert land appraisers to assist in this process in negotiating a settlement with one of the remaining landowners. The appraisal process has not yet been completed, and the parties are awaiting the results of that process in order to proceed with their negotiations.

Petitioners have also continued their discussions with the State of Alaska as far as potential claims by the State for removal of the remainder of the stern section of the SELENDANG AYU above water. A contract has been let for completion of that operation which will most likely occur next spring, and the State and petitioners have agreed to meet to discuss potential claims by the State in an effort to resolve and settle remaining claims.

In short, petitioners have aggressively continued their efforts to resolve all potential claims against them arising out of the grounding and loss of the SELENDANG AYU. No lawsuits have been filed against them. Petitioners continue to believe that the best result for potential litigants, as well as the Court would be to allow an additional six month time extension so that petitioners and all of the potential claimants who might otherwise be involved in this litigation can continue the process of discussing and resolving their claims. While petitioners understand it is important that the Court makes sure that cases on its docket are resolved and do not linger, petitioners nonetheless believe that an additional continuance as requested will avoid what would otherwise possibly be

1  major litigation of a number of claims which can otherwise be avoided if the
2  parties are allowed to continue to try to resolve their claims amicably.

3        To date, petitioners have successfully resolved all of the claims
4  presented to them. As detailed in prior status reports to the Court, this has
5  included the claims of various federal and state agencies responsible for
6  monitoring cleanup efforts and overseeing petitioners' response to the oil spill.
7  Numerous fishermen and landowners, as well as others similarly situated, have
8  presented claims for losses as a result of the oil spill. Permitting an additional six
9  month extension will facilitate further settlements, and petitioners hope that the
10 additional time will obviate the need to pursue this action altogether.

11       DATED at Anchorage, Alaska this ____ day of November, 2006.

      KEESAL, YOUNG & LOGAN
      Attorneys for Petitioners

      s/DOUGLAS R. DAVIS
      1029 W. Third Avenue, Suite 650
      Anchorage, Ak  99501
      (907) 279-9696
      (907) 279-4239 Facsimile
      doug.davis@kyl.com
      Alaska Bar No. 7605022