DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

Attorneys for Ayu Navigation SDN BHD,
Wawasan Bulk Services SDN BHD,
IMC Shipping Co. Pte. Ltd. and the
M/V SELENDANG AYU

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In the matter of the Complaint of Ayu Navigation SDN BHD, Wawasan Bulk Services, SDN BHD and IMC Shipping Co. Pte. Ltd. for and on behalf of the M/V SELENDANG AYU, Official No. 328266 for exoneration from or limitation of liability,<br><br>Petitioners | Case No. 3:05-cv-0125 JWS |

## SUPPLEMENTAL STATUS REPORT AND REQUEST FOR ADDITIONAL TIME TO HOLD PROCESS IN ABEYANCE

On November 14, 2006, petitioners filed a status report and request for additional time requesting the Court to hold process in abeyance to allow additional time for petitioner to conduct settlement discussions with remaining claimants to see if outstanding claims with respect to the oil spill from the SELENDANG AYU could be resolved. Petitioners are in the final stages of attempting to resolve claims with both the State of Alaska and Alaska Native Corporation landowners within the area impacted by the spill. Petitioners are meeting with representatives of the State of Alaska this week. Petitioners are also continuing their efforts to remove the remainder of the stern section of the

SELENDANG AYU above water. The contractor selected for this work is in the process of preparation to continue the project, and the State and petitioners will be discussing a settlement offer presented by the State of Alaska to resolve and settle remaining claims between them.

Petitioners have also resolved most of the outstanding third party claims presented by Native Corporation landowners within the area impacted by the oil spill. Petitioners are also meeting this week with representatives of one of the Alaska Native Corporations to try to resolve their claims. The parties have retained an expert appraiser who has presented its report to the parties to assist with settlement discussions. Petitioners hope to be able to resolve these claims in the near future.

Petitioners have continued their aggressive efforts to resolve potential claims against them which have arisen as a result of the oil spill of the SELENDANG AYU which ran aground on Unalaska Island in December 2004. No lawsuits have been filed against petitioners, and petitioners continue to believe that the settlement process presents a real prospect of resolving potential claims without the necessity of litigation. By allowing the settlement discussions to continue, petitioners believe that the judicial process will be benefited by potentially resolving claims without the necessity of engaging in expensive and protracted litigation which will substantially add to the cost of resolving these claims, and also result in requiring the Court's time if litigation is required. Accordingly, petitioners request an additional six months continuance to avoid what would otherwise potentially be major litigation if petitioners were required to proceed with their present petition. Permitting an additional six month extension will facilitate further settlement discussions, and will hopefully avoid having to proceed with this action in its entirety.

DATED at Anchorage, Alaska this 15th day of May, 2007.

          KEESAL, YOUNG & LOGAN
          Attorneys for Petitioners

          s/DOUGLAS R. DAVIS
          1029 W. Third Avenue, Suite 650
          Anchorage, Ak  99501
          (907) 279-9696
          (907) 279-4239 Facsimile
          doug.davis@kyl.com
          Alaska Bar No. 7605022