DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile:  (907) 279-4239

Attorneys for Ayu Navigation SDN BHD,
Wawasan Bulk Services SDN BHD,
IMC Shipping Co. Pte. Ltd. and the
M/V SELENDANG AYU

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In the matter of the Complaint of Ayu Navigation SDN BHD, Wawasan Bulk Services, SDN BHD and IMC Shipping Co. Pte. Ltd. for and on behalf of the M/V SELENDANG AYU, Official No. 328266 for exoneration from or limitation of liability,<br><br>Petitioners | Case No. 3:05-cv-0125 JWS |

### SUPPLEMENTAL STATUS REPORT AND REQUEST FOR ADDITIONAL TIME TO HOLD PROCESS IN ABEYANCE

On May 15, 2007, petitioners filed a status report and request for additional time asking the Court to hold process in abeyance to allow more time for petitioner to conduct settlement discussions with remaining claimants to attempt to resolve outstanding claims with respect to the oil spill from the SELENDANG AYU. Since the filing of the May 15, 2007 status report, petitioners have made additional progress in resolving outstanding and potential claims against them arising from the SELENDANG AYU incident. Petitioners have resolved all criminal charges brought against them by the United States and have complied with all requirements under their plea agreement for payment of

fines and penalties and additional compliance requirements. Petitioners have also settled additional outstanding civil claims with most of the landowners affected by the incident. The only remaining landowner claim is that of an Alaska Native Corporation landowner who owns land within the response area. In addition, the claim of the State of Alaska for removal of the wreck and civil penalties remains pending.

With respect to claims by the State of Alaska for wreck removal and civil penalties, petitioners have met with the State Attorney General's Office to resolve those claims by continuing the efforts of their wreck removal contractor, Magone Marine in Dutch Harbor, to accomplish satisfactory removal of the remaining portions of the wreck. Petitioners have also discussed settlement of the State's remaining claims for civil penalties. To date, all response costs and expenses incurred by the State of Alaska have been paid by petitioners in full. With the onset of winter weather, further efforts to complete wreck removal operations at Spray Cape, Unalaska Island, were discontinued. Winter storms are now setting down on the site, making further efforts impossible for this season, and petitioners expect that their contractor will again start up wreck removal operations in the spring of 2008.

Petitioners are pleased to report that so far they have been able to resolve all civil claims arising out of this incident without litigation. Petitioners believe that the settlement process presents a real prospect for resolving remaining issues without the necessity of litigation. By allowing petitioner to complete its expected efforts to remove the remainder of the wreck of the SELENDANG AYU, and to continue settlement discussions with those parties with outstanding claims, petitioners believe that all remaining claims may be resolved without the necessity of engaging in expensive and protracted litigation

1 which would substantially increase the costs of resolving these claims, and would
2 also avoid involving the resources of the Court as well.
3    Therefore, petitioners request an additional six month continuance to
4 hold process in abeyance to resolve the remaining claims of the SELENDANG
5 AYU and respectfully request the Court's order granting additional time.
6    RESPECTFULLY SUBMITTED this 15th day of November, 2007.

   KEESAL, YOUNG & LOGAN
   Attorneys for Petitioners

   s/DOUGLAS R. DAVIS
   1029 W. Third Avenue, Suite 650
   Anchorage, Ak  99501
   (907) 279-9696
   (907) 279-4239 Facsimile
   doug.davis@kyl.com
   Alaska Bar No. 7605022