HERBERT H. RAY, JR.
DOUGLAS R. DAVIS
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone:  (907) 279-9696
Facsimile:   (907) 279-4239

Attorneys for Ayu Navigation SDN BHD,
Wawasan Bulk Services SDN BHD,
IMC Shipping Co. Pte. Ltd. and
the M/V SELENDANG AYU

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| In the matter of the Complaint of Ayu Navigation SDN BHD, Wawasan Bulk Services, SDN BHD and IMC Shipping Co. Pte. Ltd. for and on behalf of the M/V SELENDANG AYU, Official No. 328266 for exoneration from or limitation of liability, | ) ) ) ) ) ) ) ) ) ) | Case No. 3:05-cv-125 JWS |
| --- | --- | --- |

## ORDER

The Court having considered Petitioners' Supplemental Status Report and Request for Additional Time to Hold Process in Abeyance for an additional six months, further process in this action shall be held in abeyance until May 15, 2008.

DATED at Anchorage, Alaska this _____ day of November, 2007.

_____
HONORABLE JOHN W. SEDWICK