# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| In the matter of the Complaint of Ayu Navigation SDN BHD, Wawasan Bulk Services, SDN BHD and IMC Shipping Co. Pte. Ltd. for and on behalf of the M/V SELENDANG AYU, Official No. 328266 for exoneration from or limitation of liability, | Case No. 3:05-cv-125 JWS |

## **ORDER**

The Court having considered Petitioners' Supplemental Status Report and Request for Additional Time to Hold Process in Abeyance, further process in this action shall be held in abeyance until November 15, 2008. **The court will not be inclined to any further extensions.**

DATED at Anchorage, Alaska, this 20th day of May 2008.

/S/  JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE